**ROUTH CRABTREE OLSEN, P.S.**
13555 SE 36TH ST., SUITE 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121
FACSIMILE (425) 458-2131

Honorable Judge Marc Barreca
Chapter 13
Hearing Location: Seattle
Hearing Date: September 9, 2010
Hearing Time: 9:30 a.m.

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

In re:

JERRY R ROBERSON and
DEBORAH D ROBERSON,

                Debtors.

Chapter 13 Bankruptcy

No.: 10-17460-MLB

ORDER SUSTAINING OBJECTION AND DENYING CONFIRMATION OF PROPOSED AMENDED CHAPTER 13 PLAN

THIS MATTER came before the Court upon Wells Fargo Bank, NA's (hereinafter "Creditor") objection to confirmation of the Chapter 13 plan. The Court having reviewed the files and records and finding that for the reasons stated in the objection that the proposed plan should not be confirmed, NOW THEREFORE, IT IS HEREBY:

ORDERED that Creditor's objection to confirmation is sustained;

IT IS FURTHER ORDERED that confirmation of the proposed Chapter 13 plan dated and filed August 2, 2010 is denied.

IT IS FURTHER ORDERED that the Debtor to note the amended plan for hearing so that is is heard no later than October 21, 2010.

Dated this ___ day of _____, 2010.

**Marc Barreca**
**United States Bankruptcy Judge**
(Dated as of Entered on Docket date above)

Presented by:

/s/ Jennifer Aspaas
Jennifer Aspaas, WSBA# 26303
Attorney for Wells Fargo Bank, NA

ORDER SUSTAINING OBJECTION AND
DENYING CONFIRMATION -1